**2010–1218.   Smith v. Shewalter.**

In Habeas Corpus. On petition for writ of habeas corpus of Marvin Smith. Sua sponte, cause dismissed.

Brown, C.J., and Pfeifer, Lundberg Stratton, O'Connor, O'Donnell, Lanzinger, and Cupp, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2005–1316.   State v. Frazier.**

Lucas C.P. No. CR04–1509. On application for reopening under S.Ct.Prac.R. 11.6. Motion denied because appellant failed to comply with the 90-day filing deadline in S.Ct.Prac.R. 11.6(A).

**2009–1806.   State ex rel. Merrill v. Ohio Dept. of Natural Resources.**

Lake App. Nos. 2008–L–007 and 2008–L–008, 2009-Ohio-4256. On motion for admission pro hac vice of Darryl J. Paquette by Stephen P. Carney and motion for admission pro hac vice of B. Eric Restucia, Peter Manning, and Robert Reichel by Benjamin C. Mizer. Motions granted.

**2009–1915.   State v. Jay.**

Cuyahoga App. No. 91827, 2009-Ohio-4364. On motion for stay of sentence. Motion denied.

**2009–2127.   [State ex rel.] Evans v. Sheward.**

In Mandamus. On motion to clarify the court's April 14, 2010 entry. Motion denied.

**2009–2280.   Cleveland v. State.**

Cuyahoga App. No. 92663, 185 Ohio App.3d 59, 2009-Ohio-5968. On motion for admission pro hac vice of William F. Abrams, David Cannon, Karen Lu, and Christopher Chang by James N. Kline. Motion granted.

**2010–0276.   In re Mullen.**

Hamilton App. Nos. C–090285 and C–090407, 2009-Ohio-6934. On motion for admission pro hac vice of Christopher R. Clark by Lisa T. Meeks. Motion granted.

**2010–0387.   [State ex rel.] Evans v. French.**

In Mandamus. On motion to clarify the court's May 5, 2010 entry. Motion denied.

**2010–0393.   Measles v. Indus. Comm.**

Cuyahoga App. No. 93071, 2010-Ohio-161. On motion for admission pro hac vice of Emily Schlesinger by Benjamin C. Mizer. Motion granted.

**2010–0728.   State ex rel. Am. Civil Liberties Union of Ohio, Inc. v. Cuyahoga Cty. Bd. of Commrs.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the motion for judgment on the pleadings of Cuyahoga County Transition Executive Committee et al., the motion to dismiss of Cuyahoga County Board of Commissioners et al., relator's motion to strike the affidavit attached to answer and motion to deny or dismiss motion for judgment on the pleadings, and motion for leave to file amended complaint,

It is ordered by the court that the motion for leave to file amended an complaint is granted; the motions for judgment on the pleadings, to dismiss, and to strike are denied.

It is further ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 10.6:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after filing of respondents' brief.